# EXHIBIT C

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br><br>Court Address:    7325 S. Potomac Street<br>                           Centennial, Colorado 80112 | DATE FILED<br>June 30, 2025 10:46 AM<br>FILING ID: 6F329AD9384CC<br>CASE NUMBER: 2025CV31545 |
| Plaintiff:        Christine Norton | Δ **COURT USE ONLY** Δ |
| Defendant:      K Diamond Hotels, LLC. DBA LaQuinta Inn & Suites | Case No. |
| Attorney:      Alex Anderson, Esq.  (60854)<br>                    Gorgy Alhasoon, Esq.  (47505)<br>Name:          The Gaiennie Law Office, LLC<br>Address:       3801 E Florida Avenue, Suite 100<br>                    Denver, Colorado 80210<br>Phone No:     (303)455-5030<br>Fax No:         (303)455-0805<br>  E-mail:          Alex@amyglaw.com<br>                    Gorgy@amyglaw.com | Division:    Courtroom: |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT,
COUNTERCLAIM, CROSS-CLAIM OR THIRD-PARTY COMPLAINT
AND JURY DEMAND**

1.  This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, crossclaim or third-party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2.  Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☐  This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

    ☒  This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

        By my signature below and in compliance with C.R.C.P. 11, based upon information

reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

**Or**

☐   Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.   ☒  This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

**Date: June 30, 2025**                        **/s/ Alex Anderson**

                                                      **Alex Anderson, Esq.  #60854**
                                                      **Signature of Party or Attorney for Party**