# EXHIBIT A

| | |
|---|---|
| DISTRICT COURT, COUNTY OF ARAPAHOE, STATE OF COLORADO<br>7325 S. Potomac Street<br>Centennial, CO 80112 | DATE FILED<br>July 8, 2025 11:12 AM<br>FILING ID: 8D18E865CA0DF<br>CASE NUMBER: 2025CV31545 |
| Plaintiff:<br>CHRISTINE NORTON<br><br>v.<br><br>Defendant:<br>K DIAMOND HOTELS, LLC d/b/a LAQUINTA INN & SUITES | **COURT USE ONLY** |
| *Attorneys for Plaintiff*<br>Alex Anderson, #60854<br>Gorgy Alhasoon, #47505<br>The Gaiennie Law Office, LLC<br>3801 E Florida Avenue, Suite 100<br>Denver, CO 80210<br>Telephone: 303-455-5030<br>Fax: 303-455-0805<br>alex@amyglaw.com<br>gorgy@amyglaw.com | Case Number:   2025CV31545<br><br><br>Courtroom: |
| **COVER SHEET FOR AFFIDAVIT OF SERVICE** | |

## AFFIDAVIT OF SERVICE

| Case:<br>2025CV31545 | Court:<br>Arapahoe County District Court | County:<br>Arapahoe, CO | Job:<br>13641363 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Christine Norton | | **Defendant / Respondent:**<br>K Diamond Hotels, LLC. DBA LaQuinta Inn & Suites | |
| **Received by:**<br>Chameleon Investigations & Process Serving | | **For:**<br>Gaiennie Law Office | |
| **To be served upon:**<br>Registered Agent: Incorp Services, Inc. | | | |

I, James McGuiness, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    Registered Agent: Incorp Services, Inc., 36 South 18th Avenue Ste. D, Brighton, CO 80601

**Manner of Service:**    Registered Agent, Jul 2, 2025, 2:27 pm MDT

**Documents:**    Delay Reduction Order, DIVISION 31 ORDER RE: CASE MANAGEMENT MATTERS AND DISCOVERY PROTOCOL, Complaint and Jury Demand, Summons, Civil Case Coversheet

**Additional Comments:**
1) Successful Attempt: Jul 2, 2025, 2:27 pm MDT at 36 South 18th Avenue Ste. D, Brighton, CO 80601 received by Registered Agent: Incorp Services, Inc..
Served Registered Agent, Incorp Services, Inc.

_____    07/03/2025

James McGuiness                              **Date**

Chameleon Investigations & Process Serving
1500 N. Grant Street Suite N
Denver, CO 80203
(719) 400-0530